ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM (Cal. Bar No. 110984)
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7177
     E-mail:    Frank.Kortum@usdoj.gov

JS-6

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 11-05121 DDP(FFMx) |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| REAL PROPERTY IN NORWALK, | |
| Defendants. | |
| JOSE RIGOBERTO RAMIREZ AND ADELAIDA RAMIREZ, | |
| Claimant. | |

    Plaintiff United States of America ("United States of America") and Claimants Jose Rigoberto Ramirez and Adelaida Ramirez ("Claimants") have made a stipulated request for the entry of this Consent Judgment, resolving Claimants' claim in this action in its entirety.

On or about July 17, 2011, United States of America filed a Verified Complaint for Forfeiture alleging that the defendant Real Property in Norwalk ("defendant real property") is subject to forfeiture pursuant to 18 U.S.C. § 981 and 21 U.S.C. § 881.

The property is identified as:

> LOT 105 OF TRACT NO. 16161, IN THE CITY OF NORWALK, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 377 PAGES 42 AND 44 INCLUSIVE OF MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
>
> ASSESSOR'S PARCEL NUMBER: 8018-011-021.

The United States of America and Claimants have now agreed to settle this action and to avoid further litigation by entering into this Consent Judgment of Forfeiture.

The Court, having been duly advised of and having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

1. This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

2. The government has given and published notice of this action as required by law, including Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. This Court has jurisdiction over the parties to this judgment and the defendant real property described herein. Any potential claimants to the defendant real property described herein other than Claimants are deemed to have admitted the allegations of the complaint for forfeiture with respect to this the defendant real property.

3. The claim and answer shall be deemed filed in this case by Claimants. The time for filing claims and answers has expired.

1     4.   The United States will withdraw the Lis Pendens currently
2  in place on the defendant real property and no portion of the
3  defendant real property will be forfeited to the United States.
4     5.   Each party is to bear their own attorney fees and costs of
5  litigation.
6     6.   Claimants have agreed to release the United States of
7  America, its agencies, agents, and officers, including employees and
8  agents of the Drug Enforcement Agency ("DEA"), from any and all
9  claims, actions or liabilities arising out of or related to the
10 seizure and retention of the defendant real property and/or the
11 commencement of this civil forfeiture action, including, without
12 limitation, any claim for attorneys' fees, costs or interest which
13 may be asserted on behalf of Claimants against the United States,
14 whether pursuant to 28 U.S.C. § 2465 or otherwise.
15 ///
16
17 ///
18
19 ///
20
21 ///
22
23 ///
24
25 ///
26
27 ///
28

7. The Court finds that there was reasonable cause for the institution of this action as to the defendant real property. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: January 08, 2014

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
FRANK D. KORTUM
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA